UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

MICHAEL ANTHONY DOBSON, :
:
:
Plaintiff, :
:
v. : Civil Action No. 7:18cv369
:
COLIN D. STOLLE, et al., :
:
Defendants. :

## DEFENDANTS' MOTION TO DISMISS

Defendants, Colin D. Stolle, Scott Lang and Patricia Munley, by counsel, hereby move to dismiss plaintiff's claims pursuant to Fed. R. Civ. P. 12(b) (6). The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

                                                COLIN STOLLE
                                                SCOTT LANG
                                                PATRICIA MUNLEY

                                                By: /s/ Jeff W. Rosen
                                                            Of Counsel

Jeff W. Rosen, Esq., VSB #22689
Pender & Coward, PC
222 Central Park Avenue
Virginia Beach, VA 23462
Tel: (757) 490-6253
Fax: (757) 497-1914
jrosen@pendercoward.com
*Counsel for Stolle, Lang, and Munley*

Lisa Ehrich, Esq. VSB #32205
Pender & Coward, PC
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6248
Fax: (757) 497-1914
lehrich@pendercoward.com
*Counsel for Stolle, Lang, and Munley*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 1 day of November, 2018 I will electronically file the foregoing *Defendants' Motion to Dismiss* with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

    Charisse Monae Mullen, Esq.
Office of the Attorney General – Richmond
202 North Ninth Street
Richmond, VA 23219
cmullen@oag.state.va.us
*Counsel for Booker, White and Watson*

    Gerald Logan Harris, Esq.
Joseph Martin Kurt, Esq.
Office of the Virginia Beach City Attorney
2401 Courthouse Drive, Building 1, Room 260
Virginia Beach, VA 23456
glharris@vbgov.com
jkurt@vbgov.com
*Counsel for Reed*

    I hereby certify that I will mail the foregoing *Defendants' Motion to Dismiss* by U.S. Mail to the following non-filer user:

    Michael Anthony Dobson (#1073480)
Buckingham Correctional Center
PO Box 430
Dillwyn, VA 2393
*Pro Se*

                      /s/
Jeff W. Rosen, Esq., VSB #22689
Pender & Coward, PC
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone: (757) 490-6293
Fax: (757) 497-1914
jrosen@pendercoward.com
*Counsel for Stolle, Lang, and Munley*