In the United States District Court

## Other Filing for Mail Tampering

1) Criminal Investigation Service Center ATTN: Theft of Mail.
433 W. Harrison St, Room 3255 Chicago, IL 60699-3255
Followed up with call.

2) Criminal complaint filed. Virginia State Police.
7700 Midlothian Turnpike Richmond, Va 23235
PO Box 27472

3) United States Attorney General's office. (criminal complaint)
Robert F. Kennedy Bldg. 10th Street and Constitution Ave,
N.W Suite 5137 Washington DC 20530

Plaintiff After no response from the Inspector General, Mr. Michael Westfall and no action taken by the Ombudsman's office either, plaintiff had no choice but to file criminal charges with the state police. Plaintiff knows a crime was carried out by the D.O.C and I had to Act. Awaiting action, will forward findings by all filings.

✳ After reviewing my files I've already filed the forms from my grievance process, where BKCC refused to reprint the emails from this case.